UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIDCENTRAL EQUIPMENT
SERVICES, LLC,

    Plaintiff,

vs.

INDIAN CREEK FABRICATORS, INC.,

    Defendant.

Case No. 3:25-cv-379

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

### ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE IN THE DAYTON SEAT OF COURT

---

The undersigned has a conflict of interest in this case.  Consequently, recusal is warranted.  *See* 28 U.S.C. § 455(a).  The undersigned therefore **RECUSES** himself and **REFERS** this matter to the Clerk for random reassignment to another United States District Judge in the Dayton seat of Court eligible to preside over this case.

**IT IS SO ORDERED.**

December 5, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge